NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL PRODUCTS, INC.,**

*Plaintiff-Appellant*

**v.**

**HIGH GEAR SPECIALTIES INC,**

*Defendant-Appellee*

---

2020-1577

---

Appeal from the United States District Court for the Middle District of Florida in No. 6:18-cv-00543-RBD-DCI, Judge Roy B. Dalton Jr.

---

## JUDGMENT

---

JONATHAN THOMAS MCMICHAEL, Fenwick & West LLP, Seattle, WA, argued for plaintiff-appellant.  Also represented by DAVID KEITH TELLEKSON, JONATHAN GORDON TAMIMI, JESSICA KAEMPF.

RYAN SANTURRI, Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., Orlando, FL, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2020        /s/ Peter R. Marksteiner
        Date                     Peter R. Marksteiner
                                 Clerk of Court